# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

State of California, *et al.*,

                Plaintiffs-Appellees,

      v.

United States Bureau of Alcohol, Tobacco, Firearms & Explosives, *et al.*,

                Defendants-Appellants.

No. 24-2701

## STATUS REPORT

On May 13, 2024, the Court placed this appeal in abeyance pending the Supreme Court's decision in *Garland v. VanDerStok*, No. 23-852 (U.S.), which involves a challenge to the same ATF regulation at issue in this case. The Court directed the government to file a status report on August 6, 2024, and every 90 days thereafter while *VanDerStok* remains pending. The government now files its third status report.

Since the Court placed this appeal in abeyance, the parties fully briefed *VanDerStok*, and the Supreme Court heard oral argument on October 8, 2024. The government expects that the Supreme Court will resolve *VanDerStok* by the end of the Court's current term.

Respectfully submitted,

ABBY C. WRIGHT

s/ Sean R. Janda

SEAN R. JANDA
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7260*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, D.C. 20530*
  *(202) 514-3388*

February 2025