|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAY 21 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

STATE OF CALIFORNIA; et al.,

    Plaintiffs - Appellees,

v.

UNITED STATES BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES; et al.,

    Defendants - Appellants.

No. 24-2701

D.C. No. 3:20-cv-06761-EMC
Northern District of California, San Francisco

ORDER

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

The motion (Docket Entry No. 19) to remand is denied without prejudice to renewing the arguments in the opening brief.

The opening brief is due June 30, 2025. The answering brief is due July 30, 2025. The optional reply brief is due 21 days after the answering brief is served.