# No. 24-2701

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA, et al.,

*Plaintiffs-Appellees*,

v.

UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 3:20-cv-0676
Hon. Edward M. Chen

## APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD INDEX VOLUME

| | |
|---|---|
| Lee R. Crain | Rob Bonta |
| GIBSON, DUNN & CRUTCHER LLP | ATTORNEY GENERAL |
| 200 Park Avenue | OF CALIFORNIA |
| New York, NY 10166 | 455 Golden Gate Ave. |
| Telephone: (212) 351-4000 | Suite 11000 |
| lcrain@gibsondunn.com | San Francisco, CA 94102 |
| | Telephone: (415) 510-3807 |
| *Attorney for Appellee Giffords Law Center to Prevent Gun Violence* | *Attorney for Appellee State of California* |

*[Additional Counsel Listed on Next Page]*

| | |
|---|---|
| Gregg Costa<br>GIBSON, DUNN & CRUTCHER LLP<br>811 Main Street, Suite 3000<br>Houston, TX 77002<br>Telephone: (346) 718-6649<br>gcosta@gibsondunn.com<br><br>Avi Weitzman, *pro hac vice*<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>aviweitzman@paulhastings.com<br><br>David M. Pucino, *pro hac vice*<br>GIFFORDS LAW CENTER<br>TO PREVENT GUN VIOLENCE<br>223 West 38th St. # 90<br>New York, NY 10018<br>Telephone: (917) 680-3473<br><br>*Attorneys for Appellee Giffords Law Center to Prevent Gun Violence* | Thomas S. Patterson<br>SENIOR ASSISTANT<br>ATTORNEY GENERAL<br>R. Matthew Wise, 238485<br>SUPERVISING DEPUTY<br>ATTORNEY GENERAL<br>S. Clinton Woods, 246054<br>DEPUTY ATTORNEY GENERAL<br>455 Golden Gate Ave.<br>Suite 11000<br>San Francisco, CA 94102<br>Telephone: (415) 510-3807<br>Clint.Woods@doj.ca.gov<br><br>*Attorneys for Appellee State of California, by and through Attorney General Rob Bonta* |

# APPELLEES' INDEX OF THE SUPPLEMENTAL EXCERPTS OF RECORD

| Date | D. Ct. Dkt. | Description | ER Page |
|---|---|---|---|
| **VOLUME 1 OF 2** | | | |
| 12/7/23 | 197 | Defendants' Combined Reply Brief and Opposition (excerpted) | 3 |
| 10/26/23 | 184 | Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (excerpted) | 6 |
| 10/26/23 | 185 | Declaration of L. Crain | 12 |
| 10/26/23 | 186 | Declaration of J. Yurgealitis | 147 |
| 10/26/23 | 187 | Declaration of L. Cutilletta | 196 |
| **VOLUME 2 OF 2** | | | |
| 10/26/23 | 188 | Declaration of S. Gonzalez | 213 |
| 10/5/23 | 182 | Defendants' Motion for Summary Judgment (excerpted) | 219 |
| 9/28/23 | 179-1 | ATF Supplemental Administrative Record 1-357 (excerpted) | 224 |
| 9/28/23 | 179-2 | ATF Supplemental Administrative Record 358-506 (excerpted) | 392 |
| 10/20/22 | 122 | Amended Complaint (excerpted) | 468 |