UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES; et al.,<br><br>Defendants - Appellants. | No. 24-2701<br><br>D.C. No.<br>3:20-cv-06761-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: CALLAHAN, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing (Dkt. 65). The petition is therefore DENIED.